UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF: )
Thomas O Rundquist )  CASE NO. 08-81965-TLS
Shirley A. Rundquist )
) Chapter 13
DEBTOR(S) )

## APPLICATION AND AFFIDAVIT FOR
## REIMBURSEMENT OF UNCLAIMED DIVIDEND

Thomas O. Rundquist & Shirley A. Rundquist (Name of Claimant) being duly sworn, deposes and says: That he/she is a claimant of the above-named debtor. That the above-named debtor was adjudged a debtor in the United States Bankruptcy Court for the District of Nebraska. That said claimant duly filed his/her claim, which was thereafter duly allowed. Dividends amounting to the sum of $1,230.65, due this claimant remain unpaid and are being held in the Registry of the Court.

That the said claim has not been sold or assigned, and that it is still the property of the deponent.

It is therefore requested that the Clerk of the U. S. Bankruptcy Court be directed to pay the funds being held in the Registry of the Court to this claimant at the address listed below.

Thomas O Rundquist
Shirley A. Rundquist
Signature of Claimant

Claimant's name, social security number\(TIN), address and telephone number:
Thomas O. Rundquist +
Shirley A. Rundquist
SSN (Thomas)        7134
SSN (Shirley)        6636
14711 Z Circle, Omaha, NE 68137
(402) 490-9089

Sworn and subscribed to before
me this 4 day of Aug. 2009

Cynthia A. Addison
Notary Public

Affix Corporate Seal

GENERAL NOTARY-State of Nebraska
CYNTHIA A. ADDISON
My Comm. Exp. Jan. 1, 2010

Original application along with supporting documentation mailed to:
  United States Bankruptcy Court, Attn: Financial Administrator,
  111 So 18th Plz, Ste 1125, Omaha, NE 68102-1321
Copies of application and supporting documentation mailed to:
  United States Attorney, Attn: Laurie Barrett, 1620 Dodge St, #1400, Omaha, NE 68102-1506

Mailed as indicated by: Thomas O Rundquist
(Signature of Claimant)





```
Nebraska Furniture Mart                    Omaha, NE 68114, Kansas City, KS 66111, Des Moines, IA 50235
         Nebraska Furniture Mart           L8015 08/04/09 10:58:10
                              A/R Customer Inquiry
Acct # (or ?X)      9921        Name(s)   THOMAS O RUNDQUIST/SHIRLEY RUNDQUIST
   Home Phone   402 490-9089    Addr   14711 Z CIR
   NFM Codes
   Date Closed                            OMAHA              NE  68137-2558
Global Remarks
─────────────────────── C u r r e n t   A c c o u n t   S t a t u s ───────────────────────
                                                        Overdue  1-30              0.00
Credit Limit            0.00 Collector                  Overdue  31-60             0.00
- NFM Total Due         0.00                            Overdue  61-90             0.00
- NFM On Order          0.00 In Dispute         0.00 Overdue 91-120                0.00
= Avail Credit          0.00 BalanceDue         0.00 Overdue 120 +                 0.00
─────────────────────── A c c o u n t   S u m m a r y   B y   P l a n ───────────────────────
Ln# Plan NFMC PD S NP BD  Balance  Sched Pmt  Expect Pmt  Next Due
 1  REV   0                 0.00      0.00       0.00
 2  CS    0       * Closed *
 3  COD   0       * Closed *

                          Totals     0.00      0.00
─────────────────────────────────────────────────────────────────────────
(N)xt Pg, (P)rev Pg, Line #, Cust (M)aint, (G)ift, (C)onv, E(X)it, (Q)uit    ____
```