UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF: )
)
Thomas O. Rundquist, ) CASE NO. 08-81965
Shirley A. Rundquist, ) CHAPTER 13
)
DEBTOR(S) )

## ORDER FOR CLERK TO PAY UNCLAIMED FUNDS

A request for funds being held in the court's registry has been made by Thomas and Shirley Rundquist in the amount of $ 1,230.65.

IT IS ORDERED that the Clerk of the U. S. Bankruptcy Court is directed to pay the funds being held in the Registry of the Court to Thomas and Shirley Rundquist.

Dated:

8/10/09

BY THE COURT:

Thomas L. Saladino
Chief Judge

Copies mailed to:
Thomas and Shirley Rundquist
14711 Z Circle
Omaha, NE 68137

6047BK  BFY 09-39